## People of the State of Illinois, Defendant in Error, v. Wayne Harshbarger, Plaintiff in Error.

### Gen. No. 9,513.

Heard in this court at February term, 1940; opinion filed May 15, 1940; rehearing denied June 18, 1940. C. C. Craig and I. N. Herreid, for plaintiff in error; R. Craig Miller, of counsel. Eugene D. Hardy, State's Attorney, and Gale Mathers, Assistant State's Attorney, for defendant in error. Opinion by JUSTICE DOVE. "Not to be published in full."